UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ELI LILLY & CO. | ORDER OF STAY |

    All actions before the Honorable Samuel Conti which have Eli Lilly & Co. as a named defendant are hereby STAYED pending notification by the MDL Panel regarding transfer of these actions.

    IT IS SO ORDERED.

Dated: June 13, 2006

                                         _Samuel Conti_
                                        UNITED STATES DISTRICT JUDGE